# United States Bankruptcy Court
## District of Nevada

In re   **A PLUS STUCCO & DRYWALL LLC**                    Case No.  25-50577-HLB

Debtor(s)                                                                          Chapter   **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **MAURICIO E. MARTINEZ**, declare under penalty of perjury that I am a **MANAGING MEMBER** of **A PLUS STUCCO & DRYWALL LLC**, and that the following is a true and correct copy of the resolutions adopted by the Managers said Company at a special meeting duly called and held on the 11th day of June, 2025.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **MAURICIO E. MARTINEZ**, **MANAGING MEMBER** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **MAURICIO E. MARTINEZ**, **MANAGING MEMBER** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **MAURICIO E. MARTINEZ**, **MANAGING MEMBER** of this Company is authorized and directed to employ **KEVIN A. DARBY 7670** and **TRICIA M. DARBY 7956,** attorneys and the law firm of **DARBY LAW PRACTICE** to represent the Company in such bankruptcy case."

Date  **June 11, 2025**                          Signed  **/s/ MAURICIO E. MARTINEZ**

                                                                                **MAURICIO E. MARTINEZ**

Resolution of Managers
of
**A PLUS STUCCO & DRYWALL LLC**

Whereas, it is in the best interest of this Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **MAURICIO E. MARTINEZ, MANAGING MEMBER** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that **MAURICIO E. MARTINEZ, MANAGING MEMBER** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that **MAURICIO E. MARTINEZ, MANAGING MEMBER** of this Company is authorized and directed to employ **KEVIN A. DARBY 7670**, and **TRICIA M. DARBY 7956** attorneys and the law firm of **DARBY LAW PRACTICE** to represent the Company in such bankruptcy case.

Date  **June 11, 2025**                    Signed _____

Date  **June 11, 2025**                    Signed _____